IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Harvin, Deborah A | Case Number:  04 B 42745 |
| | Judge:  Hollis, Pamela S |
| Printed:  4/29/08 | Filed:  11/17/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 17, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,695.17 | |
| Secured: | | 6,027.45 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,240.50 |
| Trustee Fee: | | 427.22 |
| Other Funds: | | 0.00 |
| Totals: | 8,695.17 | 8,695.17 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,240.50 | 2,240.50 |
| 2. | Credit Acceptance Corp | Secured | 7,983.03 | 6,027.45 |
| 3. | United Student Aid Funds Inc | Unsecured | 373.04 | 0.00 |
| 4. | Northern Indiana Public Ser | Unsecured | 52.68 | 0.00 |
| 5. | Strack & Vantil-Scherervl | Unsecured | 53.81 | 0.00 |
| 6. | Credit Acceptance Corp | Unsecured | 162.48 | 0.00 |
| 7. | Kohl's/Kohl's Dept Stores | Unsecured | 9.63 | 0.00 |
| 8. | St Margaret Hospital | Unsecured | 12.28 | 0.00 |
| 9. | Jewel Food Stores | Unsecured | 6.37 | 0.00 |
| 10. | Educational Credit Management Corp | Unsecured | 24.70 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 90.38 | 0.00 |
| 12. | Midwest Verizon Wireless | Unsecured | 83.35 | 0.00 |
| 13. | Illinois Dept Of Public Aid | Unsecured | 448.69 | 0.00 |
| 14. | Bindal Anesthesiologists | Unsecured | | No Claim Filed |
| 15. | Check Into Cash | Unsecured | | No Claim Filed |
| 16. | CPSI Security | Unsecured | | No Claim Filed |
| 17. | Check N Go | Unsecured | | No Claim Filed |
| 18. | Dr Espino | Unsecured | | No Claim Filed |
| 19. | Illiana Surgery | Unsecured | | No Claim Filed |
| 20. | Medclr Inc | Unsecured | | No Claim Filed |
| 21. | JBC & Associates | Unsecured | | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 24. | St Margaret Hospital | Unsecured | | No Claim Filed |
| 25. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Harvin, Deborah A | Case Number: 04 B 42745 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 4/29/08 | Filed: 11/17/04 |

| | | | | |
|---|---|---|---|---|
| 26. | TRS Services | Unsecured | | No Claim Filed |
| 27. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 28. | Midland Credit Management | Unsecured | | No Claim Filed |
| 29. | US Cellular | Unsecured | | No Claim Filed |
| 30. | Woman's Wellness Center P C | Unsecured | | No Claim Filed |

$ 11,540.94         $ 8,267.95

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 79.57 |
| 4% | 62.77 |
| 3% | 32.76 |
| 5.5% | 86.34 |
| 5% | 27.00 |
| 4.8% | 56.16 |
| 5.4% | 82.62 |
| | $ 427.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

